In the Matter of KENNY RODRIGUEZ, Petitioner, v JUSTICES OF THE SUPREME COURT OF THE STATE OF NEW YORK, QUEENS COUNTY, et al., Respondents. [985 NYS2d 898]—Proceeding pursuant to CPLR article 78 in the nature of prohibition to prohibit the respondent Steven Paynter, a Justice of the Supreme Court, Queens County, from continuing the suppression hearing in a criminal action entitled *People v Rodriguez,* pending under Queens County indictment No. 10088/13.

Adjudged that the petition is denied and the proceeding is dismissed on the merits, without costs or disbursements.

"Because of its extraordinary nature, prohibition is available only where there is a clear legal right, and then only when a court—in cases where judicial authority is challenged—acts or threatens to act either without jurisdiction or in excess of its authorized powers" (*Matter of Holtzman v Goldman,* 71 NY2d 564, 569 [1988]; *see Matter of Rush v Mordue,* 68 NY2d 348, 352 [1986]).

The petitioner has failed to demonstrate a clear legal right to

the relief sought. Dillon, J.P., Sgroi, Maltese and Duffy, JJ., concur.